UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEXIS CRAWFORD et al., <br><br> Plaintiff, <br><br> v. <br><br> CHEVRON CORPORATION et al., <br><br> Defendants. | Case No. 3:23-cv-5114-JHC <br><br> ORDER |

Plaintiffs' applications to proceed *in forma pauperis* (Dkt. 6,7) are GRANTED. Plaintiffs do not appear to have funds available to afford the $402.00 Court filing fee.

Dated this 16th day of March, 2023.

Theresa L. Fricke
United States Magistrate Judge

ORDER - 1