UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEXIS CRAWFORD and BETHANY MCAULEY,<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON CORP., TRISTAN (THE NIGHT GIRL),<br><br>Defendants. | Case No. 3:23-CV-05114-JHC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY AND GRANTING DEFENDANT CHEVRON'S CROSS-MOTION FOR PROTECTIVE ORDER AND STAY OF DISCOVERY |

This matter comes before the Court on Plaintiffs' "Motion for Discovery" (Dkt. # 28) and Defendant Chevron Corporation ("Chevron")'s Response to Plaintiff's Motion for Discovery and Cross-Motion for Protective Order and Stay of Discovery (Dkt. # 34).  The Court hereby DENIES the Motion for Discovery (Dkt. # 28).  The motion is procedurally improper.  *See generally* Fed. R. Civ. P. 26 to 37; LCR 26 to 37.  Also, the parties' Rule 26(f) conference has not yet occurred. Generally, under Rule 26(d)(1), there is no right to issue discovery until after the Rule 26(f) conference.  Any discovery issued to date is premature.

Furthermore, under Rule 26(c)(1), the Court finds and concludes that good cause exists to GRANT Chevron's Cross-Motion for Protective Order and Stay of Discovery (Dkt. # 34), which is unopposed.  *See* LCR 7(b)(2).  It is hereby ORDERED that all proceedings in this matter are stayed pending ruling on Chevron's Motion for Judgment on the Pleadings (Dkt # 33).

ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY AND GRANTING DEFENDANT CHEVRON'S CROSS-MOTION FOR PROTECTIVE ORDER AND STAY OF DISCOVERY - 1
(3:23-CV-05114-JHC)

IT IS SO ORDERED this 27th day of July, 2023.

*John H. Chun*
_____
JOHN H. CHUN
U.S. DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S MOTION FOR
DISCOVERY AND GRANTING DEFENDANT
CHEVRON'S CROSS-MOTION FOR PROTECTIVE
ORDER AND STAY OF DISCOVERY - 2
(3:23-CV-05114-JHC)