# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ALEXIS CRAWFORD and BETHANY MCAULEY<br><br>     Plaintiff,<br> v.<br><br>CHEVRON CORPORATION, et al.<br><br>     Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 3:23-cv-05114-JHC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant Chevron's motion for judgment on the pleadings is GRANTED and Plaintiffs' claim against Chevron is dismissed with prejudice. Plaintiffs' claim against Defendant Tristan is DISMISSED without prejudice for lack of subject matter jurisdiction.

Dated August 15, 2023.

                 Ravi Subramanian
                 Clerk of Court

                 */s/Ashleigh Drecktrah*
                 Deputy Clerk